McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Jan 13, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DION LEROY JOHNSON, II,<br><br>        Defendant. | CASE NO. 2:21-cr-0006 JAM<br><br>[PROPOSED] SEALING ORDER<br><br>**UNDER SEAL** |

**ORDER**

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: January 13, 2021

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge

[Proposed] Order to Seal