PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**
Apr 12, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-CR-0006-JAM |
| | ) | |
| Plaintiff, | ) | **ORDER RE: REQUEST TO UNSEAL CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| DION LAROY JOHNSON II, | ) | |
| | ) | |
| Defendant | ) | |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: April 12, 2021

_____
Hon. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE